# Court of Appeals, State of Michigan

## ORDER

Jeff Jones v Taylor City Clerk

Docket No.   357264

LC No.      21-006038-AW

Thomas C. Cameron
Presiding Judge

Karen M. Fort Hood

Anica Letica
Judges

The motion for immediate consideration is GRANTED.

The motion requesting immediate effect of our June 2, 2021 opinion pursuant to MCR 7.215(F)(2) is GRANTED. Our June 2, 2021 opinion is given immediate effect pursuant to MCR 7.215(F)(2).

It is further ordered that the June 2, 2021 opinion is hereby AMENDED. The opinion contained the following clerical error: references to the "county defendants" on pages 1, 5 (paragraph 3, second-to-last sentence), 6, and 7 of the June 2, 2021 opinion should instead refer to the "city defendants," i.e., defendants the Taylor City Clerk and the Taylor Election Commission.

In all other respects, the June 2, 2021 opinion remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

_____
June 3, 2021
Date

_____
Chief Clerk